UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUPINDER SINGH,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | No.  2:20-cv-01467 AC<br><br><br>ORDER |

Plaintiff has requested a 45-day extension of time to file his opening brief, such that it would be due April 20, 2021.  ECF No. 15.  Plaintiff apparently did not seek a stipulation.  Id.  For any future requests to alter the case schedule, plaintiff is encouraged to seek a stipulation.

For good cause shown, IT IS HEREBY ORDERED that:

1. Plaintiff's motion (ECF No. 15) is GRANTED insofar as his opening motion shall be due April 20, 2021; and
2. Defendant's cross-motion will be due 30 days from the service of plaintiff's motion, in accordance with the case schedule set at ECF No. 14.

DATED: March 8, 2021

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE